IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA TODD,<br><br>             Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>             Defendant. | CIV-S-03-1372 KJM<br><br>ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

    Good cause appearing, <u>TODD v. Barnhart</u>, Civ-S-03-1372 KJM, is hereby REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties filed on May 23, 2005.  The prior administrative decision relative to the claim herein is vacated.  The Clerk is directed to enter Judgment.

    SO ORDERED.

DATED: May 24, 2005.

_____
UNITED STATES MAGISTRATE JUDGE