McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA TODD,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CASE NO. **2:03-CV-01372-KJM**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of SIX THOUSAND AND 00/100 DOLLARS ($6,000.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

   This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs

1

under the EAJA, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the SIX THOUSAND AND 00/100 DOLLARS ($6,000.00) in fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: July 12, 2005   /s/ Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

DATED: July 13, 2005   McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

SARAH L. RYAN
Assistant Regional Counsel
Social Security Administration

---

Re:  BRENDA TODD v. JO ANNE B. BARNHART, Case No. 2:03-CV-01372 KJM, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

2

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in CASE NO. 2:03-CV-01372-KJM, **BRENDA TODD v. Jo Anne B. Barnhart**, is hereby awarded attorney fees in the amount of $6,000.00, pursuant to the Equal Access to Justice Act.

APPROVED AND SO ORDERED.

DATED: July 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE